IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID LIBRACE**   **PLAINTIFF**

**CASE NO. 2:18-CV-164-JM-BD**

**JOHN THURSTON, Arkansas**
**Secretary of State,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Beth Deere and the filed objections.[1] After carefully considering these documents and making a *de novo* review of the record, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motions to dismiss (#7, #33, #40, #44) are GRANTED, and Mr. Librace's lawsuit is DISMISSED, without prejudice.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 8th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court deems Plaintiff's Briefs to the Motion in Opposition to Dismiss Cause of Action Without Prejudice (ECF Nos. 49 and 50) to be objections to the Recommended Disposition.