IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID LIBRACE**                                                                    **PLAINTIFF**

CASE NO. 2:18-CV-164-JM-BD

**JOHN THURSTON, Arkansas
Secretary of State,** *et al*.                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 8th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE